IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES DOUGLAS SMITH,**

    **Plaintiff,**

v.                                                     Case No. 4:16cv804-MW/CAS

**OFFICER EDWARDS, ET AL.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to prosecute. All pending motions are **DENIED**." The Clerk

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF Nos. 4, 5, 6, and 8.

1

shall close the file.

**SO ORDERED on March 14, 2017.**

                                            **s/Mark E. Walker            **
                                            **United States District Judge**